**S. W. JEFFERSON, and CELIE JEFFERSON, husband and wife, v. SOLOMON BROOKINS, et al., operating under the name of NEGRO HEALTH & WELFARE COMMITTEE.**

30 So. (2nd) 646                                    January Term, 1947
June 3, 1947                                        Special Division B

*Jones, Latham & McClane,* for appellants.

*Coe & Eggart,* for appellees.

PER CURIAM:

It appears to us that, considering all of the facts and circumstances of this case under the applicable principles of law

and equity, there is reflected no reversible error and that the decree does substantial justice between the parties.

Therefore, the decree is affirmed.

So ordered.

THOMAS, C. J., BUFORD and ADAMS, JJ., and KANNER, Associate Justice, concur.